UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25 CR 435-001 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| TERRANCE BIVINS-BOYD, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Reuben J. Shepherd, regarding the change of plea hearing of Terrance Bivins-Boyd, which was referred to the Magistrate Judge with the consent of the parties.

On September 4, 2025 the government filed a 9 count Indictment, charging Defendant Terrance Bivins-Boyd in counts 1-3, 4, 5 and 6 with, Distribution of Cocaine, Trafficking in Firearms, Illegal Possession of a Machine Gun, and False Statements During Purchase of a Firearm, in violation of Title 21:841(a)(1) and (b)(1)(C), and 18 U.S.C. §§ 933(a)(1), 922(o)(1), 924(a)(2) and 922(a)(6). On September 18, 2025, Magistrate Judge Carmen E. Henderson held an arraignment, at which time Mr. Bivins-Boyd entered a plea of not guilty to the charges. On November 13, 2025 Magistrate Judge Shepherd received Defendant's plea of guilty to counts 1-3, 4, 5 and 6 of the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Terrance Bivins-Boyd is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Terrance Bivins-Boyd is adjudged guilty to counts 1-3, 4, 5 and 6 of the Indictment in violation Title 21:841(a)(1) and (b)(1)(C), and 18 U.S.C. §§ 933(a)(1), 922(o)(1), 924(a)(2) and 922(a)(6). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on February 19, 2026 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 4, 2025